# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

J. G., A. M.,

Plaintiffs,

v. Case No.: 6:26-cv-02517-GAP-LHP

TRIDENT HOSPITALITY (FLORIDA) LLC, 2500 WEST 33RD STREET INC.,

Defendants,

---

## ORDER

Before the Court is Plaintiffs' Motion for Entry of Clerk's Default Against Defendant, 2500 West 33rd Street, Inc. Doc. No. 3. Upon consideration, the motion is **DENIED without prejudice**. First, given Trident Hospitality (Florida) LLC's appearance, the motion is due to be denied for failure to comply with Local Rule 3.01(g). Second, the motion fails to include a memorandum of legal authority as required by Local Rule 3.01(b). Third, and relatedly, the motion does not adequately address, by citation to legal authority, whether service of process on Defendant 2500 West 33rd Street, Inc. was proper, particularly given that service was conducted by substitute service on the Florida Secretary of State. *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla.

June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Accordingly, Plaintiffs' motion (Doc. No. 3) is **DENIED without prejudice.** Plaintiffs shall file a renewed motion within **fourteen (14) days** of the date of this Order, in full compliance with the Local Rules. The renewed motion also must establish by citation to evidence and applicable legal authority that Defendant 2500 West 33rd Street, Inc. was properly served.

**DONE** and **ORDERED** in Orlando, Florida on November 9, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties